IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Case No.: 1:18CR00025 |
| ) | |
| SUSAN PAYNE ) | |
| ) | |
| **Defendant** ) | |

## MOTION FOR ABEYANCE

Comes now Susan Payne, by counsel, and moves this Court to place her motion for compassionate release in abeyance to allow counsel additional time to obtain and review records in order to prepare a supplemental motion.

Dated this the 24th day of August, 2020.

                                              Respectfully Submitted,

                                              Susan Payne
                                              By Counsel

                                              JUVAL O. SCOTT

                                              Federal Public Defender
                                              Western District of Virginia

*Nancy Dickenson-Vicars*
Nancy Dickenson-Vicars
Assistant Federal Public Defender
201 Abingdon Place
Abingdon, VA 24201
(276) 619-6086
nancy_dickenson@fd.org
VSB # 28120

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was electronically filed and will be forwarded to the Assistant United States Attorney, this 24th day of August, 2020.

s/*Nancy Dickenson-Vicars*